IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-535-F

| | |
|---|---|
| MICROSPACE COMMUNICATIONS CORPORATION, ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) ) ) | **ORDER** |
| GUEST-TEK INTERACTIVE ENTERTAINMENT, LTD, and GUEST-TEK ENTERTAINMENT, INC., ) ) ) ) ) | |
| Defendants. ) | |

The court has been notified that the parties have reached a settlement in this matter. Accordingly, this action is DISMISSED without prejudice to either party to file a motion to reopen should settlement not be consummated on or before October 19, 2015. Unless a party files a motion to reopen, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before that date.

SO ORDERED.

This, the 18 day of August, 2015.

_____
JAMES C. FOX
Senior United States District Judge